IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LUWANDA L. SHORTS, | : |
| Plaintiff, | : |
| vs. | : |
| | : Civil Action Number: |
| RIVER GAS STATION, | : 1:10-CV-2559-TWT |
| INCORPORATED, and AMIN A. PANJWANI, | : |
| Defendants. | : |

**JOINT MOTION FOR REVIEW AND APPROVAL
OF SETTLEMENT AND RELEASE AGREEMENT**

**COME NOW** Plaintiff Luwanda L. Shorts ("Plaintiff") Defendant River Gas Station, Incorporated and Defendant Amin A. Panjwani and move the Court for a review and approval of the parties' Settlement Agreement and Full and Final Release of All Claims.  As grounds for this Motion, the parties show the Court as follows:

1.

Plaintiff filed her Complaint [Doc. 1] on August 16, 2010 alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201, *et seq.* and pendent state law claims of breach of contract, quantum meruit and promissory estoppel.

2.

Based upon the understandings and assessments of each party, the parties, acting at arms length and in good faith and with the advice of counsel, have negotiated and entered into a Settlement Agreement and General Release.

3.

Pursuant to <u>Lynn's Food Stores, Inc. v. United States of Am.</u>, 679 F.2d 1350, 1353 (11th Cir. 1982), judicial approval is required to give effect to Plaintiff's release of her FLSA claims, which is material to the Settlement Agreement.

4.

Once the terms of Paragraph 2 of the Settlement Agreement have been completed, the Plaintiff will file a Stipulation of Dismissal of this case with prejudice.

5.

The parties will submit a copy of the Agreement directly to chambers for the Court's consideration, along with a courtesy copy of this Motion.

6.

The parties further request that the Court retain jurisdiction over this matter and incorporate the Settlement Agreement into its Order granting this Motion

WHEREFORE, the Parties respectfully request that this Court review and approve their Settlement Agreement and Full and Final Release of All Claims. For the Court's convenience, a proposed Order granting this Motion is attached hereto as Exhibit "A."

Respectfully submitted this 6th day of October, 2010.

| | |
|---|---|
| *s/ Kevin D. Fitzpatrick, Jr.* | *s/ Michael M. Higgins* |
| Kevin D. Fitzpatrick, Jr. | Michael M. Higgins |
| Georgia Bar No: 262375 | Georgia Bar No. 352087 |
| 3100 Centennial Tower | 3333 Peachtree Road, N.E. |
| 101 Marietta Street, N. W. | Suite 230 |
| Atlanta, GA 30303 | Atlanta, GA 30326 |
| (404) 979-3150 | (404) 264-1011 |
| Fax (404) 979-3170 | Fax: (404) 264-1044 |
| kevin.fitzpatrick@dcnblaw.com | mhiggins@higdub.com |
| | |
| *s/ Charles R. Bridgers* | **COUNSEL FOR DEFENDANTS** |
| Charles R. Bridgers | |
| Georgia Bar No: 080791 | |
| 3100 Centennial Tower | |
| 101 Marietta Street, N. W. | |
| Atlanta, GA 30303 | |
| (404) 979-3150 | |
| Fax: (404)979-3170 | |
| charlesbridgers@dcnblaw.com | |

**COUNSEL FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LUWANDA L. SHORTS, : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | Civil Action Number: |
| RIVER GAS STATION, : | 1:10-CV-2559-TWT |
| INCORPORATED, and AMIN A. : | |
| PANJWANI, : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing ***MOTION FOR REVIEW AND APPROVAL OF SETTLEMENT AND RELEASE AGREEMENT*** with the Clerk of Court using the CM/ECF system, and mailed a copy to the Defendant as follows:

>Michael M. Higgins
>3333 Peachtree Road, N.E.
>Suite 230
>Atlanta, GA  30326

Dated this 6th day of October, 2010.

>s/ Kevin D. Fitzpatrick, Jr.
>Kevin D. Fitzpatrick, Jr.

-- 4 --