IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LUWANDA L. SHORTS, | : |
| Plaintiff, | : |
| vs. | : |
| RIVER GAS STATION, INCORPORATED, and AMIN A. PANJWANI, | : Civil Action Number:<br>: 1:10-CV-2559-TWT |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff and Defendants and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), agree to the dismissal with prejudice of this action, with each party to bear its own respective costs.

This the 28th day of October, 2010.

| SO STIPULATED: | SO STIPULATED: |
|---|---|
| *s/ Kevin D. Fitzpatrick, Jr.*<br>Kevin D. Fitzpatrick, Jr.<br>Georgia Bar No: 262375<br>3100 Centennial Tower<br>101 Marietta Street, N. W.<br>Atlanta, GA 30303<br>(404) 979-3150<br>Fax (404) 979-3170<br>kevin.fitzpatrick@dcbflegal.com<br><br>*s/ Charles R. Bridgers*<br>Charles R. Bridgers<br>Georgia Bar No: 080791<br>3100 Centennial Tower<br>101 Marietta Street, N. W.<br>Atlanta, GA 30303<br>(404) 979-3150<br>Fax: (404)979-3170<br>charlesbridgers@dcbflegal.com<br><br>**COUNSEL FOR PLAINTIFF** | *s/ Michael M. Higgins*<br>Michael M. Higgins<br>Georgia Bar No. 352087<br>3333 Peachtree Road, N.E.<br>Suite 230<br>Atlanta, GA  30326<br>(404) 264-1011<br>Fax: (404) 264-1044<br>mhiggins@higdub.com<br><br>**COUNSEL FOR DEFENDANTS** |

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **LUWANDA L. SHORTS,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| vs. : | |
| : | **Civil Action Number:** |
| **RIVER GAS STATION,** : | **1:10-CV-2559-TWT** |
| **INCORPORATED, and AMIN A.** : | |
| **PANJWANI,** : | |
| : | |
| **Defendants.** : | |

## CERTIFICATE OF COUNSEL

Pursuant to N.D. Ga. R. 7.1, the below signatory attorney certified that this pleading was prepared with times New Roman (14 point), one of the fonts and point selections approved by the Court in local N.D. Ga. R. 5.1 C,.

*/s/Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.,
Ga. Bar No. 262375
Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| LUWANDA L. SHORTS, | : |
| Plaintiff, | : |
| vs. | : |
| | : Civil Action Number: |
| RIVER GAS STATION, INCORPORATED, and AMIN A. PANJWANI, | : 1:10-CV-2559-TWT |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

> Michael M. Higgins
> 3333 Peachtree Road, N.E.
> Suite 230
> Atlanta, GA  30326

Respectfully submitted this 28th day of October, 2010,

|  |  |
|---|---|
|  | */s/Kevin D. Fitzpatrick, Jr.,* |
| 3100 Centennial Tower | Ga. Bar No. 262375 |
| 101 Marietta Street, N.W. | Counsel for Plaintiff |
| Atlanta, GA  30303 |  |
| (404) 979-3150 |  |